UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. CRANE,<br><br>                           Plaintiff,<br><br>-against-<br><br>COMMISSIONER ANTHONY ANNUCCI; SERGEANT JOSEPH; JOHN DOE, Officer in Charge; JOHN DOE, Escorting Officer,<br><br>                           Defendants. | 23-CV-6912 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 4, 2023, the Court granted Plaintiff leave to file an amended complaint within 60 days of the date of that order. On November 14, 2023, the Court received a letter from Plaintiff requesting additional time to file his amended complaint. (ECF 9.) The Court grants Plaintiff's request for additional time. Plaintiff's amended complaint is due within 30 days of the date of this order.

SO ORDERED.

Dated:   November 20, 2023
              New York, New York

                                                            /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                      Chief United States District Judge