UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. CRANE,<br><br>                              Plaintiff,<br><br>            -against-<br><br>COMMISSIONER ANTHONY ANNUCCI, et al.,<br><br>                              Defendants. | 23-CV-6912 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the January 16, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 16, 2024
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                            Chief United States District Judge