UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. CRANE,<br><br>      Plaintiff,<br><br>  -against-<br><br>COMMISSIONER ANTHONY ANNUCCI, et al.<br><br>      Defendants. | 23-CV-6912 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated January 16, 2024, the Court dismissed this action brought by Plaintiff Michael A. Crane for failure to state a claim.[1] On October 9, 2025, the Finance Department received from Plaintiff a check in the amount of $350.00. Because this action is closed, the Court directs the Finance Department to return the check to Plaintiff.

  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 9, 2025
    New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge

---

[1] Plaintiff initiated this action with 29 other individuals, who at the time they filed their complaint, were incarcerated at Sing Sing Correctional Facility. (*See* ECF 1.) On February 6, 2025, Judge Seibel of this court granted the defendants' motion to dismiss, and the Clerk of Court entered a civil judgment on February 7, 2025. *See Brown v. Annucci*, No. 23-CV-6056 (CS) (S.D.N.Y. Feb. 7, 2025).